No. 84–5177. HAWKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–5181. TURNER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–5182. GROCE v. BOARD OF PRISON TERMS AND PAROLES ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–5184. PETWAY v. CARLSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–5186. BENSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 84–5187. HAMILTON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 84–5188. COVELLI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 84–5189. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–5190. RUMPH v. WHITE. C. A. 5th Cir. Certiorari denied.

No. 84–5192. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–5193. PERRY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 84–5196. MARTIN-TRIGONA ET AL. v. COAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–5199. OTERO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–5202. LANIGAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–5203. McLAINE v. AGNEW ET AL. Ct. App. D. C. Certiorari denied.

No. 84–5207. HOYETT v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.